UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON APPLE COMMISSION, a Washington corporation,<br><br>            Plaintiff,<br><br>            v.<br><br>CASUAL INDUSTREES LLC, a Washington limited liability company,<br><br>            Defendant. | No. _____<br><br>COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT |

Plaintiff, WASHINGTON APPLE COMMISION ("WAC"), by and through its undersigned counsel, respectfully makes the following allegations for its Complaint against Defendant, CASUAL INDUSTREES LLC ("CIL"). These allegations are made upon knowledge with respect to WAC and its own acts, and upon information and belief as to all other matters.

## I.  INTRODUCTION

1. WAC was created by an act of the Washington State Legislature in 1937 at the request of the Washington apple industry. For 75 years, WAC has been advertising and promoting Washington apples as well as developing and expanding markets to increase the consumption of Washington apples, both in the United States and throughout the world. It is one of the oldest and largest commodity commissions in the United States, and its distinctive Washington Apple trademark:

COMPLAINT — 1
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5  (the "Apple Trademark") is synonymous with Washington grown apples.  As part of the
6  Commission's efforts to increase the consumption of Washington apples, WAC has been
7  distributing clothing identified by the Apple Trademark for more than 30 years.
8          2.      In an effort to trade on the substantial goodwill and recognition in the Apple
9  Trademark, CIL has intentionally imitated the Apple Trademark to help sell its competing
10  clothing products.  CIL's actions are likely to cause, and no doubt already have caused,
11  confusion among consumers seeking to purchase genuine WAC products.
12          3.      WAC has attempted to resolve this matter without resorting to the Court, but has
13  been repeatedly rebuffed by CIL.  Because CIL has unlawfully copied WAC's valuable Apple
14  Trademark and refused to engage in meaningful dialogue or comply with WAC's demands,
15  WAC has been forced to bring this action.
16                          **II.     PARTIES**
17          4.      Plaintiff WAC is a Washington corporation, having a place of business at 2900
18  Euclid Avenue, Wenatchee, Washington 98807.
19          5.      Defendant CIL is a Washington limited liability company, having a place of
20  business at 6205 SW Admiral Way, Seattle, WA 98116
21                          **III.    JURISDICTION AND VENUE**
22          6.      This is a civil action for false designation of origin, trademark infringement, and
23  unfair competition arising under the common law and the Lanham Act, 15 U.S.C. § 1051 et
24  seq., and for violations of the Washington State Consumer Protection Act, RCW Ch. 19.86.
25  Federal subject matter jurisdiction is found in 28 U.S.C. §§ 1331 (federal question), 1367
26  (supplemental), 1338(a) (trademark), and 1338(b) (related claims of unfair competition), and 15
27  U.S.C. § 1121 (Lanham Act actions).

COMPLAINT — 2
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

7. CIL is located and regularly does business in this judicial district. CIL has also committed acts of false designation of origin, trademark infringement, and unfair competition, and violations of the Washington State Consumer Protection Act by selling, distributing, advertising, and marketing its infringing products in this judicial district.

8. Venue is proper in this district under 28 U.S.C. § 1391.

### IV.   PLAINTIFF WAC'S RIGHTS

9. WAC is one of the oldest and largest commodity commissions in the United States. Created by the Washington State legislature in 1937, WAC has been continuously working for the last 75 years on behalf Washington apple growers to increase the consumption of Washington apples by providing advertising for, promotion of, and education about Washington apples as well as developing and expanding markets for Washington apples.

10. As a result of its long history— as well as the quality of the Washington apples WAC promotes—the Apple Trademark, WAC's primary identifier, is widely recognized throughout the United States and the world. The worldwide public has come to rely upon and look for the Apple Trademark to identify apples originating from Washington State. As a consequence, the Apple Trademark has come to symbolize valuable goodwill and reputation. WAC has promoted the Apple Trademark throughout the United States and the world. WAC owns registration for the Apple Trademark in 37 separate jurisdictions encompassing over 60 separate countries which span the globe.

11. As part of its extensive efforts to promote the consumption of Washington apples, WAC has widely distributed and licensed clothing identified by the Apple Trademark. Clothing identified by the Apple Trademark is desirable because of its association with Washington apple growers, because sales proceeds help fund WAC's services, and because the Apple Trademark is so widely recognized that it has been become desirable in its own right.

12. WAC is the owner of the United States Trademark Registration No. 1,294,529 for the Apple Trademark for use in connection with clothing, namely jackets, sweaters, t-shirts, dress shirts, sport shirts, neckties and caps. The application for this registration was registered

COMPLAINT — 3
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

on September 11, 1984.  The registration is valid and subsisting.  The registration is also incontestable pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1065.  A copy for the registration certificate for U.S. Registration No. 1,294,529 is attached as Exhibit A.

13. In addition to WAC's U.S. federal registration, WAC owns significant common law rights in and to the Apple Trademark.  WAC's U.S. federal trademark rights and common law trademark rights are collectively referred to as the WAC Trademarks.

14. WAC has previously licensed the WAC Trademarks to third parties for use on clothing.

## V. CIL INFRINGING ACTIVITIES

15. Started in 1998, CIL offers a variety of different clothing products including t shirts, jackets, hats, and sweatshirts.

16. CIL's products are distributed through its website at <casualindustrees.com>.

17. CIL's products are also distributed through a number of different partner retailers throughout the United States, including Nordstrom, Tilly's, and Evo.  CIL's retailer distributors have physical locations in Alaska, California, Colorado, Idaho, Minnesota, Montana, Oregon, Utah, Washington, and Wyoming.

18. CIL's busiest time of the year for the sale of its products is the holiday season in the fourth quarter of the year.  During this season, CIL sells the most product.

19. CIL is currently selling shirts with the design:



(the "Infringing Product").  The Infringing Product has been sold through CIL's website and is being sold throughout the United

COMPLAINT — 4
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

States by CIL's retail partners.

20. The Infringing Product features a design that is confusingly similar to the WAC Trademarks.

21. CIL has intentionally chosen a design that is confusingly similar to the WAC Trademarks. CIL's description of its Infringing Product is "Nobody does it better. It's like Idaho potatoes or Jennifer Lopez and failed marriages." CIL's description is intended to create an association with WAC by alluding to the widely known relationship between the WAC Trademarks and apples.

22. Consumers are likely to mistakenly believe that the Infringing Products originate from, are licensed by, or are otherwise associated with WAC.

23. In additional copying the WAC Trademarks, CIL has a pattern of copying other well-known trademarks to profit at their owners' expense. CIL is currently selling other products that infringe a number of well recognized trademarks:

| MARK | OWNER | INFRINGING CIL PRODUCT |
|---|---|---|
|  | Nike, Inc.<br><br>Reg. No. 1,558,100 |  |
|  | Pabst Brewing Company<br><br>*See, e.g.,*<br>Reg. No. 542,096<br>Reg. No. 3,886,268 |  |

COMPLAINT — 5
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

As shown by CIL's pattern of behavior, CIL was aware of the WAC Trademarks and intentionally sought to copy the WAC Trademarks to profit at the expense of WAC.

### VI.    WAC'S ATTEMPTS TO RESOLVE THIS MATTER

24.   WAC initially attempted to contact CIL about its infringement through the "contact us" form on CIL's website.  When WAC did not receive an immediate response, it referred this matter to its attorneys.

25.   On November 28, 2012, counsel for WAC contacted CIL about setting up a teleconference to discuss this matter.  CIL responded on November 30, 2012 asking for all correspondence to be in writing.

26.   On December 5, 2012, counsel for WAC sent CIL a letter demanding that CIL immediately stop all infringing behavior.  The letter demand that CIL comply with WAC's terms by December10, 2012.  A copy of the letter is attached as Exhibit B.

27.   It was very important that CIL immediately cease all sale of the Infringing Products in order to mitigate damages from the continued sale during CIL's busiest sale period of the year.

28.   On December 10, 2012, CIL replied that it would supply a substantive response to WAC's terms after the holidays, stating that "this is [CIL's] busiest time of the year." Counsel for WAC replied the same day demanding that CIL immediately stop all sales of infringing product.

29.   When CIL did not respond, counsel for WAC sent further correspondence stating that WAC would enforce its rights in Court if CIL did not immediately comply with WAC's terms.  WAC informed CIL that it would seek reimbursement for attorneys' fees and costs if it was necessary to enforce WAC's rights in Court.

30.   CIL has not provided any substantive response to counsel for WAC, nor has it complied with WAC's request to stop selling Infringing Product.  The Infringing Product continues to be sold by CIL.

COMPLAINT — 6
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

### VII. THE HARM TO WAC AND THE PUBLIC CAUSED BY CIL

31. CIL's unlawful use of the WAC Trademarks has caused irreparable harm to WAC's reputation and goodwill. WAC will continue to suffer irreparable injury to its reputation and goodwill unless CIL is enjoined from continuing the conduct complained of, which injury cannot be adequately compensated monetarily. As long as CIL is allowed to continue the acts complained of, WAC's reputation is at CIL's mercy.

32. CIL unlawful use of the WAC Trademarks has also redirected money to CIL that should have gone to WAC. CIL's unlawful use, if allowed to continue, will also decrease WAC's ability to license the WAC Trademarks to third parties in future.

33. Upon learning of CIL's infringing activity, WAC took immediate steps to notify CIL as to the infringement and to seek CIL's help in mitigating damages. CIL refused to cooperate with WAC's requests, but continued—and continues to sell—the infringing product. CIL response to WAC makes clear that CIL does not wish to address its infringement until after its "busiest time of the year", thereby allowing it to profit from its infringement as much as possible.

### COUNT 1

### FALSE DESIGNATION OF ORIGIN UNDER THE LANHAM ACT

34. WAC realleges all preceding allegations of this Complaint as if stated herein.

35. CIL's actions described herein constitute false designation of origin in violation of the Lanham Act, 15 U.S.C. § 1125(a).

### COUNT 2

### FEDERAL TRADEMARK INFRINGEMENT

36. WAC realleges all preceding allegations of this Complaint as if stated herein.

37. CIL's actions described herein constitute infringement of WAC's U.S. Registration No. 1,294,529, in violation of the Lanham Act, 15 U.S.C. §§ 1114 1118.

38. CIL's actions were willful and intentional, so that this is an exceptional case pursuant to 15 U.S.C. § 1117.

COMPLAINT — 7
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## COUNT 3

## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

39. WAC realleges all preceding allegations of this Complaint as if stated herein.

40. CIL's actions described herein constitute common law trademark infringement and unfair competition in violation of the laws of the State of Washington and the laws of the other states of the United States.

## COUNT 4

## VIOLATIONS OF THE WASHINGTON STATE CONSUMER PROTECTION ACT

41. WAC realleges all preceding allegations of this Complaint as if stated herein.

42. CIL's conduct described herein constitutes an unfair and deceptive act or practice and an unfair method of competition in the conduct of trade or commerce in violation of RCW 19.86.020 that has harmed WAC in its business and property. WAC is entitled to recover damages, treble damages up to $10,000, and attorneys' fees pursuant to RCW 19.86.090.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff WAC prays for relief against Defendant CIL as follows:

A. Entry of a permanent injunction enjoining CIL and its servants, agents, employees, successors and assigns, and all persons acting in concert with them, from:

    (1) using in any manner the Apple Trademark (including the mark shown by the Registration No. 1,294,529) or any other mark confusingly similar thereto (including CIL's current use on the Infringing Product);

    (2) infringing WAC's trademarks, trade dress, and copyrights; and

B. Requiring CIL to deliver up to WAC for destruction all goods, signs, advertisements, literature, business forms, cards, labels, packages, wrappers, pamphlets, brochures, receptacles, and any other written or printed material in their possession or under

COMPLAINT — 8
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

their control which contain or encompass the Apple Trademark, or any colorable imitations thereof or any marks or trade dress confusingly similar thereto or which contain any false or misleading representation of fact;

  C. Awarding compensatory damages sustained by WAC and profits generated by CIL as a result of the acts complained of herein pursuant to federal and state law, to be trebled in accordance with 15 U.S.C. § 1117;

  D. Awarding WAC its attorneys' fees pursuant to 15 U.S.C. § 1117, RCW 19.86.90 and other applicable federal and state laws;

  E. Awarding WAC interest, costs, and such other relief as the Court may deem just and equitable.

## JURY DEMAND

WAC hereby demands a trial by a jury of all issues so triable.

DATED this 12th day of December, 2012.

       Davis Wright Tremaine LLP
       Attorneys for Plaintiff

       By  s/ Cindy L. Caditz
        Cindy L. Caditz, WSBA No. 16701
        Suite 2200
        1201 Third Avenue
        Seattle, WA  98101-3045
        Telephone: 206-622-3150
        Fax: 206-757-7700
        E-mail:cindycaditz@dwt.com

       Davis Wright Tremaine LLP
       Attorneys for Plaintiff

       By  s/Stuart R. Dunwoody
        Stuart R. Dunwoody, WSBA No. 13948
        Suite 2200
        1201 Third Avenue
        Seattle, WA  98101-3045
        Telephone: 206-622-3150
        Fax: 206-757-7700
        E-mail:stuartdunwoody@dwt.com

COMPLAINT — 9
DWT 20809451v1 0091261-000186

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Dec 13 05:02:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___  OR  Jump  to record: ___   **Record 23 out of 25**

TSDR  [ ]  [ ]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | WASHINGTON |
| **Goods and Services** | IC 031. US 046. G & S: UNPROCESSED **APPLES**. FIRST USE: 19821100. FIRST USE IN COMMERCE: 19821100<br><br>(CANCELLED) IC 032. US 045 046 048. G & S: [ **APPLE** JUICE ]. FIRST USE: 19821100. FIRST USE IN COMMERCE: 19821100<br><br>IC 035. US 100 101 102. G & S: ADVERTISING COMMISSION SERVICES, NAMELY, PROMOTING THE INTERESTS OF THOSE GROWING, PROCESSING, PACKING AND SHIPPING **APPLES** IN THE STATE OF WASHINGTON. FIRST USE: 19821100. FIRST USE IN COMMERCE: 19821100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.09.05 - Apples |
| **Serial Number** | 73575663 |
| **Filing Date** | December 30, 1985 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 13, 1988 |
| **Change In** | CHANGE IN REGISTRATION HAS OCCURRED |

| | |
|---|---|
| **Registration** | |
| **Registration Number** | 1528514 |
| **Registration Date** | March 7, 1989 |
| **Owner** | (REGISTRANT) WASHINGTON STATE APPLE ADVERTISING COMMISSION AKA **WASHINGTON APPLE** COMMISSION CORPORATION WASHINGTON P.O. BOX 18 WENATCHEE WASHINGTON 98801 |
| | (LAST LISTED OWNER) **WASHINGTON APPLE** COMMISSION CORPORATION WASHINGTON 2900 Euclid Avenue WENATCHEE WASHINGTON 98807 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cindy L. Caditz |
| **Prior Registrations** | 0730583;0730584 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). PARTIAL SECTION 8(10-YR) 20090504. |
| **Renewal** | 1ST RENEWAL 20090504 |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT B



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

**Cindy L. Caditz**
206-757-8097 tel
206-757-7097 fax

cindycaditz@dwt.com

December 5, 2012

**VIA EMAIL**
**Confirmation Copy via Mail**

Daniel M. Reid
Casual Industrees LLC
6205 SW Admiral Way
Seattle, WA 98116

Re:   Washington Apple Commission v. Casual Industrees, LLC
       Our Reference: 91261-186

Dear Dan:

We are writing to you on behalf of our client the Washington Apple Commission. For many decades the Washington Apple Commission has promoted the consumption of Washington apples and products made from Washington apples through a campaign of extensive advertising and promotional efforts. For more than thirty years, all of the advertising and promotional efforts of the Commission as well as the product licensed or distributed by the Commission have been identified by the trademark WASHINGTON and Design shown in the attached Exhibit A. The WASHINGTON and Design trademark has now become one of the most famous and widely recognized indications of origin in the apple industry and among consumers.

This mark continues to be used by the Washington Apple Commission and is recognized not only in the United States, but throughout the world.

We have recently become aware that Casual Industrees has been selling the t-shirt shown in the attached Exhibit B on which an obvious copy of the WASHINGTON and Design trademark is imprinted. Moreover, the intention of Casual Industrees to associate itself with the products and services of the Washington Apple Commission is evidenced by the description of the product that indicates "it's like Idaho potatoes…."

Your use of a copy of the WASHINGTON and Design trademark infringes rights owned by the Washington Apple Commission. Because you were aware that the WASHINGTON and Design mark is a registered trademark owned by the Washington Apple Commission, federal law provides the Commission may recover three times the amount of damages proven at trial and also seek recovery of attorneys' fees and costs.

DWT 20762016v1 0091261-000186

Anchorage   New York        Seattle
Bellevue    Portland        Shanghai
Los Angeles San Francisco   Washington, D.C.

www.dwt.com

Daniel M. Reid
Casual Industrees LLC
December 5, 2012
Page 2

Because we have no reason to believe that your adoption and use of our client's trademark was anything other than an error in judgment, we will recommend that our client forego bringing a claim of infringement to seek recovery of damages and injunctive relief if you will provide us with your agreement to the following terms:

    1.    Immediately stop all sale of product bearing the logo shown in the attached Exhibit B and any other logo confusingly similar to the famous mark WASHINGTON and Design shown in the attached Exhibit A. In this regard, please advise us of the amount of product you have in inventory bearing the mark shown in Exhibit B. When we receive your response, the Commission can consider whether they are willing to permit you to sell your existing inventory. You must confirm you will not order any new product bearing the infringing mark or any other mark similar to the WASHINGTON and Design trademark shown in Exhibit A.

    2.    Provide us with your express agreement to refrain from the adoption, use, or registration of any mark that is confusingly similar to the famous WASHINGTON and Design mark shown in the attached Exhibit A anywhere in the world.

    3.    Provide us immediately with the names and circumstances of any instance in which a third party has mistakenly believed that the products of Casual Industrees are associated with, endorsed by, or originate from the Washington Apple Commission or the State of Washington.

Please provide us with your written response to this request by no later than **December 10, 2012** so that our client is able to evaluate the next appropriate steps in this matter.

We look forward to hearing from you.

Very truly yours,

Davis Wright Tremaine LLP

*[signature]*

Cindy L. Caditz

CLC:rer

cc:    Washington Apple Commission

DWT 20762016v1 0091261-000186



EXHIBIT A

# CASUAL INDUSTRIES

**STORE**  **BLOG**  **EVENTS**  **TEAM**  **ABOUT**  **RETAILERS**

Search:

- MENS
  - Tees
  - Fleece
  - Jackets
- WOMENS
  - Tees
  - Fleece
  - Tanks
- HEADWEAR
  - Fitted
  - Snapbacks
  - Beanies
- ACCESSORIES
  - Stickers
  - Miscellaneous

YOUR CART
Your cart is empty.

Store » MENS » Product of WA (more colors)

### Product of WA (more colors)

Nobody does it better. It's like Idaho potatoes or Jennifer Lopez and failed marriages.

$35.00
Free Shipping!

**Colors**
Select an option

**Sizes**
Select an option

1  Add to Cart

SKU:
POWA-MT-BK
POWA-MT-HG

**Free Shipping:**
Tax is included in the price:

Like  Send  Be the first of your friends to like this.



